IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MR. MICHAEL B. WOOLMAN, | ) | |
| | ) | |
| Plaintiff, | ) | 4:13CV3020 |
| | ) | |
| v. | ) | |
| | ) | |
| SOUTHEAST COMMUNITY COLLEGE, | ) | MEMORANDUM OPINION |
| | ) | |
| Defendant. | ) | |

This matter is before the Court on plaintiff's "Motion to Dismiss" (Filing No. 10). Pursuant to Rule 41, a plaintiff may dismiss an action by filing a notice of dismissal before the opposing party serves an answer or a motion for summary judgment, or by filing a stipulation of dismissal signed by all parties who have appeared. Fed. R. Civ. P. 41(a). In addition, a court may grant a request for voluntary dismissal "on terms that the court considers proper." Id. Here, defendant has not been served with the complaint. Therefore, the Court will grant plaintiff's Motion to Dismiss. A separate order will be entered herein accordance with this memorandum opinion.

DATED this 29th day of March, 2013.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court

---

* This opinion may contain hyperlinks to other documents or Web sites. The U.S. District Court for the District of Nebraska does not endorse, recommend, approve, or guarantee any third parties or the services or products they provide on their Web sites. Likewise, the Court has no agreements with any of these third parties or their Web sites. The Court accepts no responsibility for the availability or functionality of any hyperlink. Thus, the fact that a hyperlink ceases to work or directs the user to some other site does not affect the opinion of the Court.